# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148538-9

IN RE DEWALD
_____

JEROME W. DEWALD,
      Plaintiff-Appellant,

v

INGHAM CIRCUIT JUDGE,
      Defendant-Appellee.

_____/

SC: 148538
COA: 315000
Ingham CC: 02-001185-FH

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEROME W. DEWALD,
      Defendant-Appellant.

_____/

SC: 148539
COA: 315654
Ingham CC: 02-001185-FH

On order of the Court, the application for leave to appeal the December 6, 2013 orders of the Court of Appeals is considered. As to Court of Appeals Docket No. 315000, the application is DENIED, because the Court is not persuaded that it should grant the requested relief. As to Court of Appeals Docket No. 315654, the application is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



Clerk

d0616